**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOHN ROUDYBUSH,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　Case No. 17-2303-CM
STATE OF KANSAS, et al.,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　 )
　　　　　　　　　　　　　　　　　)

## MEMORANDUM AND ORDER

Upon reviewing plaintiff John Roudybush's complaint and granting him leave to proceed in forma pauperis, Magistrate Judge James P. O'Hara ordered plaintiff to show cause why his complaint should not be dismissed. Judge O'Hara explained to plaintiff the deficiencies in plaintiff's complaint and gave plaintiff until August 16, 2017 to show cause to the undersigned judge. Plaintiff asked for an extension of time, and Judge O'Hara extended the time to September 15, 2017. On August 30 and 31, plaintiff again requested additional time to respond (Docs. 18 and 19). Document 18 also purported to be a motion to review Judge O'Hara's order. Finally, on September 14, plaintiff filed what appears to be a 10-page response to Judge O'Hara's order (Doc. 22). In that response, plaintiff again asked for an additional 30 days to fully respond to the order.

In the interest of justice, the court will give plaintiff one final extension of time to fully respond to Judge O'Hara's order to show cause. **No further extensions will be given.** At this point, plaintiff has had more than two months to review the order and research the law. Plaintiff's final response is due on or before November 1, 2017. At that time, the court will determine whether dismissal of plaintiff's complaint is warranted.

-1-

**IT IS THEREFORE ORDERED** that the motions for continuances and review (Docs. 18 and 19) are granted in part and denied in part. Plaintiff has until November 1, 2017 to file a final response to Judge O'Hara's order to show cause (Doc. 11). The court does not grant plaintiff any other relief requested in those motions and will determine whether to dismiss this case after the November 1 deadline passes.

Dated this 19th day of October, 2017, at Kansas City, Kansas.

s/ Carlos Murguia  
**CARLOS MURGUIA**  
**United States District Judge**
